## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, ROOSEVELT | § | Case No. 15-40917 CAD |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,716.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,140.00 |
| Total Distributions to Claimants: 1,768.14 | Claims Discharged<br>Without Payment: 13,142.64 |
| Total Expenses of Administration: 2,727.86 | |

3) Total gross receipts of $ 6,496.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,000.00 (see **Exhibit 2**), yielded net receipts of $ 4,496.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,727.86 | 2,727.86 | 2,727.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 14,910.78 | 14,910.78 | 1,768.14 |
| TOTAL DISBURSEMENTS | $ NA | $ 17,638.64 | $ 17,638.64 | $ 4,496.00 |

4)  This case was originally filed under chapter 7 on  12/01/2015 .  The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/13/2016                      By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 6,496.00 |
| TOTAL GROSS RECEIPTS | | $ 6,496.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROOSEVELT BROWN | Exemptions | 8100-000 | 2,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 2,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,124.00 | 1,124.00 | 1,124.00 |
| ASSOCIATED BANK | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| MAXWELL LAW GROUP, LLC | 3210-000 | NA | 1,580.00 | 1,580.00 | 1,580.00 |
| MAXWELL LAW GROUP, LLC | 3220-000 | NA | 3.86 | 3.86 | 3.86 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,727.86 | $ 2,727.86 | $ 2,727.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 502.95 | 502.95 | 59.64 |
| 000001 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 8,217.43 | 8,217.43 | 974.43 |
| 000003 | TD AUTO FINANCE LLC F/K/A CHRYSLER | 7100-000 | NA | 6,190.40 | 6,190.40 | 734.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 14,910.78 | $ 14,910.78 | $ 1,768.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 15-40917   CAD   Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BROWN, ROOSEVELT | Date Filed (f) or Converted (c): | 12/01/15 (f) |
| | | 341(a) Meeting Date: | 01/08/16 |
| For Period Ending: 12/13/16 | | Claims Bar Date: | 06/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 40.00 | 0.00 | | 0.00 | FA |
| SELF | | | | | |
| 2. CHECKING ACCT | 100.00 | 0.00 | | 0.00 | FA |
| MB FINANCIAL | | | | | |
| CSX CHICAGO TERMINAL CREDIT UNION | | | | | |
| 3. HOUSEHOLD | 300.00 | 0.00 | | 0.00 | FA |
| HOME-SAUK VILLAGE | | | | | |
| 4. APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| HOME-SAUK VILLAGE | | | | | |
| 5. TAX REFUND (u) | 6,496.00 | 6,496.00 | | 6,496.00 | FA |
| 2015 TAX REFUNDS (11/12) less remaining wildcard exemption (D entitled but did not specifically claim on Schedule C) less other assets 1-3 for which wildcard exemption was applied (also not claimed) | | | | | |
| 6. AUTOMOBILE (u) | 19,916.00 | 0.00 | | 0.00 | FA |
| 2013 DODGE CHARGER (a loan was scheduled on amended Schedule D, no auto was ever scheduled by D) | | | | | |
| 7. LOAN-Credit Union (u) | 0.00 | 500.00 | | 0.00 | FA |
| added on amended Schedule C filed 3-7-16 (never on Schedule B and doesn't appear to be an "asset" but exemption was claimed) | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $27,352.00 | $6,996.00 | | $6,496.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 15-40917 CAD Judge: CAROL A. DOYLE |
| Case Name: | BROWN, ROOSEVELT |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/01/15 (f) |
| 341(a) Meeting Date: | 01/08/16 |
| Claims Bar Date: | 06/30/16 |

TFR SUBMITTED 9.27.16 AFTER CORRECTION, WAITING ON APPROVAL

FILED MOTION FOR TURNOVER; GRANTED, STATUS DATE OF 5-18-16

RECEIVED TAX RETURNS 6,496

filed 727 deadline 3.8.16

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 15-40917 -CAD | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | BROWN, ROOSEVELT | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******2847  Checking Account | |
| Taxpayer ID No: | *******7244 | | | | | |
| For Period Ending: | 12/13/16 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/16 | 5 | US TREASURY | 2015 TAX REFUND | 1224-000 | 6,496.00 | | 6,496.00 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,486.00 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,476.00 |
| *   09/13/16 | 010001 | ROOSEVELT BROWN 2850 225th PLACE SAUK VILLAGE, IL 60411 | EXEMPTIONS | 8100-003 | | 1,560.00 | 4,916.00 |
| *   09/13/16 | 010001 | ROOSEVELT BROWN 2850 225th PLACE SAUK VILLAGE, IL 60411 | EXEMPTIONS WRONG AMOUNT correct amount is 2,000 | 8100-003 | | -1,560.00 | 6,476.00 |
| 09/13/16 | 010002 | ROOSEVELT BROWN 2850 225th PLACE SAUK VILLAGE, IL 60411 | FULL AND FINAL 12/1001(b) exemption EXEMPTION | 8100-000 | | 2,000.00 | 4,476.00 |
| 11/30/16 | 010003 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | ATTY FEES AND EXPENSES O/C 11/30/2016 | | | 1,583.86 | 2,892.14 |
| | | | Fees             1,580.00 | 3210-000 | | | |
| | | | Expenses             3.86 | 3220-000 | | | |
| 11/30/16 | 010004 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO,  IL 60602 | TRUSTEE COMPENSATION | 2100-000 | | 1,124.00 | 1,768.14 |
| 11/30/16 | 010005 | Internal Revenue Service Pob 802501 Cincinnati, OH 45280 | Claim # 1, Final Payment o/c 11/30/2016 | 7100-000 | | 974.43 | 793.71 |
| 11/30/16 | 010006 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 | Claim # 2, Final Payment o/c 11/30/2016 | 7100-000 | | 59.64 | 734.07 |

Page Subtotals          6,496.00          5,761.93

Ver: 19.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-40917  -CAD | |
| Case Name: | BROWN, ROOSEVELT | |

| | |
|---|---|
| Taxpayer ID No: | *******7244 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2847  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/16 | 010007 | Chicago, IL 60664-0338<br>TD Auto Finance LLC f/k/a Chrysler Financial<br>C/O Blitt and Gaines, P.C.<br>661 Glenn Ave<br>Wheeling, IL 60090 | Claim # 3, Final Payment<br>o/c 11/30/2016 | 7100-000 | | 734.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,496.00 | 6,496.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,496.00 | 6,496.00 | |
| Less:  Payments to Debtors | | 2,000.00 | |
| Net | 6,496.00 | 4,496.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS<br>Checking Account - *******2847 | 6,496.00 | 4,496.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,496.00 | 4,496.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          734.07

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*